IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gary S. Duarte, | ) | No. 4:12-cv-00844-JAS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Catalina Foothills School District, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the joint motion (Doc. 51) of the parties herein to extend the time for the parties to submit their pretrial materials, the Court being fully advised in the premises, and good cause appearing herefor,

IT IS HEREBY ORDERED that the parties shall submit their pretrial materials (jury instructions, voir dire, verdict forms, and motions in limine) on or before August 18, 2014.

Dated this 1st day of August, 2014.

Honorable James A. Soto
United States District Judge

-1-