# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary S. Duarte,<br><br>   Plaintiff,<br><br>v.<br><br>Catalina Foothills School District No. 16,<br><br>   Defendant. | No. CV-12-00844-TUC-JAS<br><br>**ORDER** |

The parties' joint motion for an extension of time is granted; the parties' pretrial materials shall be due by 9/2/14.

   Dated this 15th day of August, 2014.

                              Honorable James A. Soto
                              United States District Judge