**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gary S. Duarte,<br><br>            Plaintiff,<br><br>v.<br><br>Catalina Foothills School District No. 16,<br><br>            Defendant. | No. CV-12-00844-TUC-JAS<br><br>**ORDER** |

The Court is in the process of reviewing the parties' filings from 8/29/14 and 9/2/14. *See* Docs. 56 through 64. The Court notes that it has not received Word copies of these documents yet. *See* Doc. 50 (7/31/14 Order at p. 1: "[T]he parties shall email Word copies of the [jury instructions, voir dire, verdict forms, and motions in limine] to chambers (soto_chambers@azd.uscourts.gov)"). As such, by 9/8/14, the parties shall email Word copies of these documents to chambers; Word copies of the responses to the motions in limine shall also be emailed to chambers.

Dated this 5th day of September, 2014.

Honorable James A. Soto
United States District Judge