IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary S. Duarte,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Catalina Foothills School District No. 16,<br><br>　　　　　　Defendant. | No. CV-12-00844-TUC-JAS<br><br>**ORDER** |

　　　Pursuant to the status report of the parties, the status conference set for 12/8/14 at 11:30 a.m. is **vacated**; the status conference is reset for 2/2/15 at 1:30 p.m.

　　　Dated this 4th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge